UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOISES ENRIQUE LIMA<br>    Petitioner,<br><br>v.<br><br>TODD LYONS, KIRSTJEN NIELSEN,<br>MATTHEW G. WHITAKER, ANTONE<br>MONIZ, AND JOSEPH D.<br>MCDONALD, JR.,<br>    Respondents. | )<br>)<br>)<br>)  C.A. No. 19-10400-MLW<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                            January 21, 2020

Moises Enrique Lima, a member of the class certified in Calderon v. Wolf, 18-cv-10225, filed a Petition for Writ of Habeas Corpus on March 4, 2019 (the "Petition"). Lima alleges that Respondents have unlawfully detained him and are attempting to deport him despite his eligibility to apply for permanent residency as the spouse and father of United States citizens. On March 5, 2019, the court issued an order prohibiting Lima's removal during the pendency of proceedings in this case, which remains in effect. Respondents have since filed a Motion to Dismiss the Petition, which is opposed by Lima. The most recent filing in this case is a Notice of Supplemental Authorities filed on April 16, 2019.

From a filing in Calderon v. Wolf, it appears Lima was released on an Order of Supervision on July 18, 2019 and is not

now detained. See Docket No. 324-1 at ¶60 (under seal), 18-cv-10225 (D. Mass.).

In view of the foregoing, it is hereby ORDERED that:

1. The parties shall confer and, by February 5, 2020, report whether they have agreed to resolve this case or any of the claims in this case.

2. If the parties have not agreed to resolve all of the claims in this case, the parties shall report whether they seek a decision on the pending Motion to Dismiss or wish to stay this case pending the resolution of Calderon, 18-cv-10225.

3. If the parties seek a decision on the Motion to Dismiss, the parties shall, by February 12, 2020, report any factual or legal developments relevant to the court's resolution of the issues raised in the Petition since their last filings, or state that there are none.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE